IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01207-AP

MITCHELL A. FRIES,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**      **APPEARANCES OF COUNSEL**

<u>For Plaintiff</u>:

NICHOLAS D. PURIFOY
Midland Group/Disability Professionals
5020 Bob Billings Parkway, Suite C
Lawrence, KS 66049
Phone: (785) 832-8521; Fax: (785) 832-0006
npurifoy@midlandgroup.com

<u>For Defendant</u>:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant United States Attorney
Office of the General Counsel, Social Security Administration
1001 17th Street
Denver, CO 80202
Phone: (303) 844-7278; Fax: (303) 844-0770
anthony.navarro@ssa.gov

1

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)**.**

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:**  May 25, 2010.

   B.    **Date Complaint Was Served on U.S. Attorney's Office:**  September 21, 2010.

   C.    **Date Answer Was Filed:**  November 22, 2010.

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record appears to be adequate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not currently intend to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not appear to present unusual claims or defenses.

7.    **OTHER MATTERS**

None at this time

8.    **BRIEFING SCHEDULE**

   A.    **Plaintiff's Opening Brief Due:**  January 21, 2011.

   B.    **Defendant's Response Brief Due:**  February 22, 2011.

   C.    **Plaintiff's Reply Brief Due (if any):**  March 9, 2011.

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**

        Plaintiff does not request oral argument

    B.    **Defendant's Statement:**

        Defendant does not request oral argument.

10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.    **OTHER MATTERS**

    The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1( C ) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

12.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    Dated this 13th day of December, 2010.

                    BY THE COURT:

                    <u>***s/John L. Kane***</u>
                    United States District Court Judge

APPROVED:

<u>For Plaintiff:</u>                    <u>For Defendant:</u>

<u>s/ Nicholas D. Purifoy</u>           <u> s/ Anthony J. Navarro</u>

Nicholas D. Purifoy             Anthony J. Navarro
Attorney for Plaintiff           Special Assistant U.S. Attorney
                       Attorney for Defendant